**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.: 6:22-cv-01589-PGB-EJK**

HOWARD COHAN,

Plaintiff,

vs.

DOUGLAS LODGING LLC,
d/b/a TOWNEPLACE SUITES BY MARRIOTT,

Defendant.
______________________________________/

**PLAINTIFF, HOWARD COHAN'S, NOTICE OF PENDENCY OF OTHER ACTIONS**

Plaintiff, HOWARD COHAN, by and through undersigned counsel and pursuant to Local Rule 1.07(c), hereby files his Notice of Pendency of Other Actions, and states as follows:

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that this case:

___ IS related to pending or closed civil or criminal case(s) filed in the Court, or in any other Federal or State court, or administrative agency as provided below:

______________________________________
______________________________________
______________________________________

_X_ IS NOT related to any pending or closed civil or criminal case(s) filed in the Court, or in any other Federal or State court, or administrative agency as provided below:

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated: September 15, 2022

BY: /s/ *Jason S. Weiss*
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record, and sent a copy of same to Defendant, DOUGLAS LODGING LLC, d/b/a TOWNEPLACE SUITES BY MARRIOTT, c/o Registered Agent, via USPS mail.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss