**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN

Plaintiff, CASE NO. 6:22-cv-01589-PGB-EJK

v.

DOUGLAS LODGING, LLC,
d/b/a TOWNEPLACE SUITES BY MARRIOTT

Defendant.

**DEFENDANT, DOUGLAS LODGING, LLC, D/B/A TOWNEPLACE SUITES BY MARRIOTT'S, NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency

I further certify that I will serve a copy of this notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated: September 27, 2022.

*/s/ Natalie C. Bourff*
SERGIO R. CASIANO JR., ESQUIRE
Florida Bar No. 457302
sergio.casiano@wilsonelser.com

NATALIE C. BOURFF, ESQUIRE
Florida Bar No. 1002702
natalie.bourff@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
100 SE 2nd Street, Suite 2100
Miami, Florida 33131-2174
305-341-2275 – Phone
305-579-0261 – Facsimile
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Middle District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

By: */s/ Natalie C. Bourff*
NATALIE C. BOURFF, ESQUIRE
Florida Bar No. 1002702

**SERVICE LIST**
Jason S. Weiss, Esquire
Weiss Law Group, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Telephone: (954) 573-2800
Facsimile: (954) 573-2798
jason@jswlawyer.com