**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.: 6:22-cv-01589-PGB-EJK**

HOWARD COHAN,

Plaintiff,

vs.

DOUGLAS LODGING LLC,
d/b/a TOWNEPLACE SUITES BY MARRIOTT,

Defendant.
_______________________________________/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff"), and Defendant, DOUGLAS LODGING LLC, d/b/a TOWNEPLACE SUITES BY MARRIOTT ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 3.09, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 23rd day of December, 2022.

/s/ *Jason S. Weiss*
Jason S. Weiss, Esq.
Florida Bar No. 0356890
Jason@jswlawyer.com
**WEISS LAW GROUP, P.A**
5531 N. University Drive, Suite 103
Coral Springs, Florida 33067
Telephone: (954) 573-2800
Facsimile: (954) 573-2798
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss