**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.: 6:22-cv-01589-PGB-EJK**

HOWARD COHAN,

Plaintiff,

vs.

DOUGLAS LODGING LLC,
d/b/a TOWNEPLACE SUITES BY MARRIOTT,

Defendant.
_________________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, DOUGLAS LODGING LLC d/b/a TOWNEPLACE SUITES BY MARRIOTT ("Defendant"), by and through their respective undersigned counsels, hereby stipulate that this case be dismissed **with Prejudice**, with each party to bear his/its own fees, costs, and disbursements. Plaintiff and Defendant respectfully request that this Court enter an Order of Dismissal **with Prejudice**.

Dated this 6th day of March, 2023.

/s/ *Jason S. Weiss*
Jason S. Weiss, Esq.
Florida Bar No. 0356890
Jason@jswlawyer.com
**WEISS LAW GROUP, P.A**
5531 N. University Drive
Suite 103
Coral Springs, Florida 33067
Telephone: (954) 573-2800
Facsimile: (954) 573-2798

**ATTORNEYS FOR PLAINTIFF**

/s/ *Natalie C. Bourff*
SERGIO R. CASIANO JR., ESQUIRE
Florida Bar No. 457302
sergio.casiano@wilsonelser.com
NATALIE C. BOURFF, ESQUIRE
Florida Bar No. 1002702
natalie.bourff@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
100 SE 2nd Street, Suite 2100
Miami, Florida 33131-2174
305-341-2275 – Phone
305-579-0261 – Facsimile

**ATTORNEYS FOR DEFENDANT**